UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　RANDY WILLIAM PARKER<br>　TINA FAE PARKER | CASE NO: 04-35767<br>　　(Chapter 13) |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990999**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 31 | HOUSEHOLD RECEIVABLE ACQ<br>HOUSEHOLD BANK NA<br>BOX 98724<br>LAS VEGAS, NV  89193 | 158.73 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/31/2009

Certificate of Service                04-35767

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.


OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RANDY WILLIAM PARKER          TINA FAE PARKER              RICHARD E WEST
7782 SHARTS                   445 E 4TH ST                 195 E CENTRAL AVE
SPRINGBORO, OH  45066         FRANKLIN, OH  45005          BOX 938
                                                           SPRINGBORO, OH  45066


(31.1)                        (53.1n)                      (57.1n)
HOUSEHOLD RECEIVABLE ACQ      KEY BANK USA NA              LINDSEY HALL
HOUSEHOLD BANK NA             1270 NORTHLAND DR            1100 SUPERIOR AVENUE
BOX 98724                     SUITE 200                    19TH FLOOR
LAS VEGAS, NV  89193          MENDOTA HEIGHTS, MN  55120   CLEVELAND, OH  44114


         Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner _____          CS


0435767_42_20091231_0722_278/T317_cs
###